STATE OF NEW JERSEY v. DAVID E. HUMPHREYS.

May 24, 1979. ORDERED that the petition for certification is granted; the judgment of the Appellate Division of Superior Court is summarily reversed and the matter is remanded to the Superior Court, Law Division, Salem County for reconsideration in light of this Court's opinions in *State v. Bender* (A–86), *State v. Maddocks* (A–101), *State v. Sutton* (A–140), and most particu-

larly, *State v. Hermann & Jones* (A–98/99/100), all of which were decided this day.